**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 30, 2005

**Before**

Hon. THOMAS E. FAIRCHILD, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 04-1826

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | No. 03 CR 428 |
| DERRICK GARDNER, *Defendant-Appellant*. | Ronald A. Guzman, *Judge*. |

**O R D E R**

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court concluded that "it would have imposed a different sentence had it known the guidelines were merely advisory." The parties filed memoranda in response to our written invitation and agree that Gardner's sentence should be vacated and the case remanded for resentencing. Accordingly, we **VACATE** Gardner's sentence and **REMAND** for resentencing in light of *United States v. Booker*, 125 S. Ct. 738 (2005).